UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL K. ROBERTSON,

     Plaintiff,

v.                                                    Case No. 1:17-cv-911
                                                      Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## JUDGMENT

     In accordance with the Opinion filed this date:

     The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42

U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as

outlined in the Opinion.

     **IT IS SO ORDERED**.


Dated:  March 27, 2019                           /s/ Ray Kent
                                                 United States Magistrate Judge